NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARLON LEE BROWN,  )
                                )
        Appellant,  )
                                  )
v.  )      Case No. 2D19-1366
                                  )
THE BANK OF NEW YORK MELLON  )
TRUST COMPANY, NA. AS  )
SUCCESSOR-IN-INTEREST TO ALL  )
PERMITTED SUCCESSORS AND  )
ASSIGNS OF JPMORGAN CHASE BANK,  )
AS TRUSTEE, FOR NORMURA ASSET  )
ACCEPTANCE CORPORATION,  )
MORTGAGE PASS-THROUGH  )
CERTIFICATE, SERIES ARI; HURLEY  )
TARVER; THE VILLAS AT  )
CARROLWOOD CONDOMINIUM  )
ASSOCIATION, INC.; GEORGE WEBBER  )
AS TRUSTEE UNDER THE 4006  )
ALEXANDER PALM COURT LAND  )
TRUST, DATED 2/21/12; and ANY AND  )
ALL PARTIES CLAIMING BY, THROUGH,  )
UNDER THE HEREIN NAMED  )
DEFENDANTS WHO ARE NOT KNOWN  )
TO BE DEAD OR ALIVE, WHETHER SAID  )
UNKNOWN PARTIES MAY CLAIM  )
INTEREST,  )
                                  )
        Appellees.  )
_____ )

Opinion filed September 27, 2019.

Appeal from the Circuit Court for
Hillsborough County; Perry A. Little, Senior
Judge.

Marlon Lee Brown, pro se.

Jonathan Blackmore of Phelan Hallinan Diamond & Jones, PLLC, Fort Lauderdale, for Appellee The Bank of New York Mellon Trust Company, NA. as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank, as trustee, for Normura Asset Acceptance Corporation, Mortgage Pass-Through Certificate, Series ARI.

No appearance for remaining Appellees.


PER CURIAM.

Affirmed.  See Fla. R. App. P. 9.315(a).


VILLANTI, LaROSE, and SALARIO, JJ., Concur.